UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SIERRA BRIDWELL,<br><br>Defendant. | 5:22-CR-50050-JLV<br><br>REPORT AND RECOMMENDATION |

This matter came before the court for a change of plea hearing on May 13, 2022. The Defendant, Sierra Bridwell, appeared in person and by her counsel, the Assistant Federal Public Defender, while the United States appeared by its Assistant United States Attorney.

The defendant consented in open court to the change of plea before a United States magistrate judge. This court finds that the defendant's consent was voluntary and upon the advice of counsel. The government also consented to the plea hearing before a magistrate judge. Further, the parties waived their right to object to the report and recommendation.

Defendant has reached a plea agreement wherein she intends to plead guilty to the Indictment which charges her with Escape from Custody, in violation of 18 U.S.C. §§ 751(a) and 4082. At the hearing, the defendant was advised of the nature of the charges to which the defendant would plead guilty

and the maximum penalties applicable, specifically: five (5) years in prison; a $250,000 fine; or both; three (3) years supervised release; two (2) additional years' imprisonment if supervised release is revoked; a $100 special assessment; and restitution.

Upon questioning the defendant personally in open court, it is the finding of the court that the defendant is fully competent and capable of entering an informed plea, that the defendant is aware of the nature of the charges and the consequences of the plea, and that her plea of guilty to the Indictment is a knowing and voluntary plea supported by an independent basis in fact containing each of the essential elements of the offense.  The defendant's guilty plea to the Indictment is accepted.  It is my report and recommendation that the defendant be adjudged guilty of that offense.

DATED this 13th day of May, 2022.

BY THE COURT:

DANETA WOLLMANN
United States Magistrate Judge