UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>SIERRA BRIDWELL,<br><br>  Defendant. | CR. 22-50050-01-KES<br><br>ORDER ADOPTING REPORT & RECOMMENDATION AND SENTENCING SCHEDULING ORDER |

On May 13, 2022, defendant, Sierra Bridwell, appeared before Magistrate Judge Daneta Wollmann for a change of plea hearing. Magistrate Judge Wollmann issued a report recommending the court accept defendant's plea of guilty to the Indictment which charges escape from custody, in violation of 18 U.S.C. §§ 751(a) and 4082. Defendant and the government waived any objection to the report and recommendation. Upon review of the record in this case, it is

ORDERED that the report and recommendation (Docket 25) is adopted in full, the plea is accepted, and the defendant is adjudged guilty of escape from custody.

It is FURTHER ORDERED that the sentencing hearing in this matter will be held on **Friday, July 8, 2022**, at 4:30 p.m. in Rapid City Courtroom 2. Defendant will waive the minimum of 35 days from disclosure of the presentence report prior to sentencing pursuant to Rule 32(e)(2) of the Federal

Rules of Criminal Procedure. The presentence report will be disclosed to the court and counsel by **June 24, 2022**. Objections to the presentence report are due by **July 1, 2022**.

     Dated May 31, 2022.

                               BY THE COURT:

                               */s/ Karen E. Schreier*
                               KAREN E. SCHREIER
                               UNITED STATES DISTRICT JUDGE